No. 67169.—Richter Bros., Inc. *v.* United States, protest 61/24622 (New York).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiff was sustained.

No. 67170.—George S. Bush & Co., Inc. *v.* United States, protest 60/31252 (Portland, Oreg.).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of decharacterized horsemeat, fresh, chilled, or frozen, similar in all material respects to that the subject of Abstract 66254, the claim of the plaintiff was sustained.

No. 67171.—J. W. Lewis *v.* United States, protest 261974–K (Laredo).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 67172.—Modern Food Products Co. et al. *v.* United States, protests 205657–K, etc. (San Francisco).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of vegetables similar in all material respects to those the subject of *Mutual Supply Co.* v. *United States* (44 Cust. Ct. 75, C.D. 2155), the claim of the plaintiffs was sustained.